```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25629
   WILLIAM E TAYLOR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5851


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/09/2004 and was confirmed 09/23/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  68.08%.

      The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            5000.00          453.39        5000.00
AMERICREDIT FINANCIAL SV  UNSECURED          8044.78             .00        4834.90
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00             .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      8000.00             .00        8000.00
CHILD SUPPORT             PRIORITY         NOT FILED            .00             .00
ASSOCIATED CREDITORS EXC  UNSECURED        NOT FILED            .00             .00
ASSOC CREDIT EXCHANGE     NOTICE ONLY      NOT FILED            .00             .00
AT & T WIRELESS           FILED LATE         986.56             .00             .00
AT&T WIRELESS             NOTICE ONLY      NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED         9821.50             .00        5902.70
CITY OF CHICAGO WATER DE  SECURED           5681.62             .00        5681.62
CITY OF CHICAGO PARKING   UNSECURED         1350.00             .00         811.35
CITY OF CHICAGO           NOTICE ONLY      NOT FILED            .00             .00
J C PENNEY                UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00             .00             .00
CFC FINANCIAL LLC         UNSECURED          117.92             .00          70.87
SBC LOANTRADE             NOTICE ONLY      NOT FILED            .00             .00
SBC                       NOTICE ONLY      NOT FILED            .00             .00
CFC FINANCIAL LLC         UNSECURED          272.30             .00         163.65
CFC FINANCIAL LLC         UNSECURED          790.00             .00         474.78
AT & T BANKRUPCTY         NOTICE ONLY      NOT FILED            .00             .00
LEWIS OVERBECK & FURMAN   NOTICE ONLY      NOT FILED            .00             .00
GLEASON & MACMASTER       DEBTOR ATTY       1,500.00                       1,500.00
TOM VAUGHN                TRUSTEE                                          1,977.74
DEBTOR REFUND             REFUND                                                .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               34,871.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 25629 WILLIAM E TAYLOR
```

```
PRIORITY                                                            .00
SECURED                                                       18,681.62
     INTEREST                                                    453.39
UNSECURED                                                     12,258.25
ADMINISTRATIVE                                                 1,500.00
TRUSTEE COMPENSATION                                           1,977.74
DEBTOR REFUND                                                       .00
                                       ---------------   ---------------
TOTALS                                      34,871.00         34,871.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
        CASE NO. 04 B 25629 WILLIAM E TAYLOR